## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:

Karen L Boscamp

DEBTOR(S).

CASE NO.  14-40835
CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

      The undersigned, a duly qualified attorney admitted to practice before this court, hereby enters his appearance in the within captioned matter on behalf of NATIONAL RESIDENTIAL ASSETS CORPORATION, and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him at the below address.

/s/Michael Dimand
Michael Dimand

November 18, 2014

Michael Dimand
Wirbicki Law Group, LLC
Attorney for Creditor
33 West Monroe
Suite 1140
Chicago, IL 60603
Phone: 312-360-9455
Fax: 312-360-9461
W13-3470

**THIS COMMUNICATION IS FROM A "DEBT COLLECTOR." (15USC 1692a)**