# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Chicago)

In re  Karen L Boscamp                                                     Case No.  14-40835
          Debtor                                                                    Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.                **Court claim no.** (if known): 

**Last four digits** of any number you use to identify the debtor's account: 5965

**Date of payment change:** 12/25/2014
Must be at least 21 days after date of this notice

**New total payment:** $339.83
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☑ No
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
            Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____          New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
            If a notice is not attached, explain why:

Current interest rate: _____                  New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☑ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

Current mortgage payment:  $351.16          New mortgage payment:  $339.83

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.   ☑ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘    /s/ Dean A Lozano                    Date  12/02/2014
     AVP BANKRUPTCY SPECIALIST

Print:   Dean A Lozano                    Title   AVP BANKRUPTCY SPECIALIST

Company   Bank of America, N.A.           Specific Contact Information:
Address   2380 PERFORMANCE DR             Phone: 972-526-1530
          RICHARDSON , TX 75082           Email: dean.a.lozano@bankofamerica.com

638556-58c7a7d7-ebd0-4e1f-98a5-dc462f29abac

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Chicago)

Chapter 13 No. 14-40835

In re:

Judge: Honorable Judge Carol A. Doyle

Karen L Boscamp

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 02, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Karen L Boscamp
1800 Rogers Ave.
Glenview, IL 60025

Debtor's Attorney: James J Macchitelli
Law Office of James J. Macchitelli
1051 Perimeter Dr, Suite 400
Schaumburg, IL 60173

Trustee: Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

/s/ Bill Taylor

Authorized Agent