IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO.   14-40835 |
| KAREN BOSCAMP, | CHAPTER 13 |
| Debtor. | JUDGE CAROL A. DOYLE |
| | Confirmation: 2/24/15 @ 10:30 a.m. |

OBJECTION TO CONFIRMATION

Now comes SPECIALIZED LOAN SERVICING LLC, SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED SERIES 2006-13, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and objects to the confirmation of this plan.  In support thereof, creditor respectfully represents as follows:

1.    On November 11, 2014, the Debtor herein filed a petition for relief pursuant to Title 11, Chapter 13, United States Code.

2.     Movant is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 2705 Flagler Ave., Key West, Florida 33040, with an approximate balance of $768,737.69.

3.    The current mortgage payment listed in Debtor's plan is $3,994.00.  In fact, the correct current monthly mortgage payment is $4,328.96.

4.    This plan provides for a pre-petition arrearage in the amount of $20,000.00.  In fact, the pre-petition arrearage owed to Movant is approximately $398,476.54.

5.    The plan is not feasible with the correct arrearage.

6. The property is not the Debtor's residence, nor is it necessary for Debtor to retain a property in Key West, Florida upon which there is a large mortgage.

WHEREFORE, SPECIALIZED LOAN SERVICING LLC, SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED SERIES 2006-13, its successors and/or assigns, prays that this Honorable Court enter an Order denying confirmation of said plan, and for such other and further relief as this Court may deem just.

SPECIALIZED LOAN SERVICING LLC, its
Successors and/or Assigns


BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax    : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, its Successors and/or Assigns


CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

James J. Macchitelli, Attorney for Debtor
Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Objection to Confirmation to the following non-ECF participants on the same date:

Karen L. Boscamp
1800 Rogers Ave.
Glenview, IL 60025
Debtor.